UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

R.E.A. (XXX-XX-7360)      CIVIL ACTION NO. 17-0968

VERSUS      JUDGE S. MAURICE HICKS, JR.

NANCY A. BERRYHILL      MAGISTRATE JUDGE HORNSBY

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that, pursuant to sentence four of 42 USC § 405(g), the Commissioner's decision to deny benefits is **REVERSED** and this matter is **REMANDED** to the agency for further proceedings.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this the 13th day of February, 2019.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT